UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALYCE RENE TINCHER,

    Plaintiff,

v.                                  Case No: 6:14-cv-467-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Alyce Rene Tincher's appeal of an administrative decision denying her application for Disability Insurance Benefits and Supplemental Social Security Benefits. (*See* Doc. 1.) On January 8, 2015, Magistrate Judge Karla R. Spaulding entered a report and recommendation regarding same (Doc. 28), to which neither party filed a timely objection. Having reviewed the Report and Recommendation (Doc. 28) and there being no objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Karla R. Spaulding's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision in this case is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this 29 day of January, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record